IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  REQUEST FROM THE
REPUBLIC OF AUSTRIA
FOR LEGAL ASSISTANCE IN
THE CIVIL MATTER OF
KRONE-VERLAG GmbH
& CO RADIO MARKETING KG v.
ARNO AHORNEGGER

Case No.  3:08mc28-MCR

**O R D E R**

Upon application of the United States, and upon review of the Request for Legal Assistance in the matter of **Krone-Verlag Gmbh & Co Radio Marketing Kg v. Arno Ahornegger** received from the District Court of Leopoldstadt, Republic of Austria, seeking evidence for use in a civil matter pending before that court, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by Title 28, United States Code, Section 1782; and this Court's inherent authority, that LEAH ANN BUTLER is appointed as a Commissioner of this Court and is hereby directed to execute the Request for Assistance as follows:

1.   take such steps as are necessary, including issuance of subpoenas, to depose Richard S. Wolf, 19 Birch Avenue, Shalimar, Florida 32579;

2.   provide notice with respect to the deposition to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3.   adopt procedures to depose Richard Wolf for which the District Court of Leopoldstadt, Republic of Austria, has requested assistance.

4.   seek such further orders of this Court as may be necessary to execute this request; and

5.      certify and submit the deposition and such evidence as may be referred to in said deposition to the Office of Foreign Litigation, Civil Division, United States Department of Justice, or as otherwise directed by that office for transmission to the District Court of Leopoldstadt, Republic of Austria.

IT IS FURTHER ORDERED that, in taking the deposition of Richard S. Wolf, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, Trial Attorneys from the Department of Justice, Assistant United States Attorneys, Special Agents of the Federal Bureau of Investigation, representatives of the parties to the civil litigation pending in the District Court of Leopoldstadt, Republic of Austria, and/or representatives of the Republic of Austria.

Entered this 23rd day of June, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:08mc28-MCR